# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIC THOMAS MESI,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
PENNYMAC LOAN SERVICES, LLC,
Real Party in Interest.

No. 81049

**FILED**

MAY 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING PETITION

This pro se petition was docketed in this court on April 21, 2020, without payment of the requisite filing fee. On that same day a notice was issued directing petitioner to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days without leave to proceed in forma pauperis would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

By: _Harriet Cummings_

cc:   Eric Thomas Mesi
      Akerman LLP/Las Vegas
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-18600